Curtis R. Hussey, Esq.  (USB No. 5488)
Hussey Law Firm, LLC
P.O. Box 1896
Fairhope, Alabama  36532-1896
Telephone:  (251) 928-1423
Facsimile:  (888) 953-6237
E-mail: chussey@lemberglaw.com

*Of Counsel to*
Lemberg Law, LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Marie Bray

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH
### NORTHERN DIVISION

| | |
|---|---|
| Marie Bray,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Lexington Law Firm; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: 1:14-cv-00127-CW<br><br>**NOTICE OF SETTLEMENT** |

　　　　NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to Fᴇᴅ. R. Cɪᴠ. P. 41(a) within 60 days.

DATED:   February 12, 2015                           HUSSEY LAW FIRM, LLC


By:   /s/   *Curtis R. Hussey*
Curtis R. Hussey

Attorney for Plaintiff
Marie Bray


Of Counsel to:
Lemberg Law, LLC
1100 Summer Street, 3rd Floor
Stamford, CT 06905

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 12, 2015, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Utah Electronic Document Filing System (ECF), which gave notice of such filing to the following:

TIMOTHY W. EMERY
Emery | Reddy, PLLC
600 Stewart Street, Suite 1100
Seattle, Washington 98101

                By: */s/   Curtis R. Hussey*
                  Curtis R. Hussey